IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAOUDA HILL,

        Petitioner,                    No. CIV S-05-2142 DFL KJM P

    vs.

MARGARITA PEREZ, et al.,

        Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 and has paid the filing fee.

        Petitioner is presently incarcerated at correctional Training Facility in Soledad. He challenges the denial of parole.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction is not relevant to the instant challenge and his place of incarceration occurred in an area covered by the District Court for the Northern District of California.

/////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United Sates District Court for the Northern District of California.
3 Id. at 499 n.15; 28 U.S.C. § 2241(d).
4 DATED: May 9, 2006.

              _____
              UNITED STATES MAGISTRATE JUDGE